Case 7:20-cv-01233-NSR-PED   Document 14   Filed 07/21/20   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

REYNA, et al.,

                  Plaintiff(s),                        **ORDER**

        - against -                           20 Civ. 1233 (NSR)

TARGET CORPORATION,

                  Defendant(s).

----------------------------------------------------------------X

Román, D.J.:

       The Court waives the Initial Pre-trial Conference, will sign the Scheduling Order and issue an Order of Reference to Magistrate Judge Paul E. Davison for general pretrial purposes. The parties are directed to contact Judge Davison within ten (10) business days to schedule a conference.

                                                                  SO ORDERED.

Dated:      White Plains, New York
              July 21, 2020

                                                     Nelson S. Román, U.S.D.J.

<3>


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020
</3>