# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

July 23, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Reyna, et al <br><br> Plaintiff(s), <br><br> *- against -* <br><br> Target Corp. <br><br> Defendant(s). | **SCHEDULING ORDER** <br><br> 7:20-CV-01233-NSR-PED |

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **August 27, 2020 at 9:30 a.m.**

**PLEASE NOTE JUDGE DAVISON'S COVID-19 ORDER** (docketed separately) setting forth procedures applicable to all civil cases.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jul 23, 2020**

DOC # _____

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge

7/23/20