# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

October 6, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Reyna et al

                        Plaintiff,

          *- against -*

Target Corp.

                       Defendants.

# RESCHEDULING ORDER

7:20-cv-1233-NSR-PED

TO ALL PARTIES:

The telephone conference scheduled for <u>October 19, 2020 at 09:30 a.m</u>. before the Hon. Paul E. Davison, U.S.M.J., is rescheduled to <u>October 21, 2020 at 9:30 a.m</u>.

**<u>NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 6, 2020**

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge

Oct 6, 2020