**Reyna et al. v. Target Corporation**
20 Civ. 1233 (PED)(NSR)

ADDENDUM ORDER

    This Addendum Order is an integral part of an Order entered today governing the confidential treatment of documents and/or information.

    Notwithstanding paragraph 9 of the Order, the parties shall comply with Rule 4 of my Individual Practices.

Dated: January 3, 2022
       White Plains, NY

**SO ORDERED**

_____
Paul E. Davison, U.S.M.J.