USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NANCY REYNA and FRANCISCO REYNA,

                Plaintiff,

-against-

TARGET CORPORATION and ALL JERSEY
JANITORIAL SERVICE, INC.,

                Defendant.
-----------------------------------------------------------------X

Civil Action No.: 20-cv-01233

**NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT**

Román, D.J.

| | |
|---|---|
| **MOTION BY:** | Defendant TARGET CORPORATION (hereinafter "Target"), by its attorneys, SIMMONS JANNACE DELUCA, LLP |
| **SUPPORTING PAPERS:** | The Declaration of Steven D. Jannace, Esq., dated October 24, 2022 and all exhibits and affidavits annexed thereto; accompanying Memorandum of Law in support of defendant Target's motion for summary judgment; Rule 56.1 Statement of Material Facts; and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | United States District Court, Southern District of New York, at the Courthouse thereof, located at: 300 Quarropas Street, White Plains, New York, before The Honorable Judge Nelson Stephen Román on December 8, 2022. |
| **RELIEF SOUGHT:** | Order granting summary it judgment pursuant to F.R.C.P. 56(b), and dismissing plaintiff's Verified Complaint based on: (1) plaintiff's failure to establish a *prima facie* case of negligence against Target; (2) plaintiff's failure to establish a *prima facie* case that her claimed injuries were causally related to her alleged accident at Target; and (3) for such other and further relief as this Court may deem just and proper. |
| **ANSWERING PAPERS:** | Answering papers, if any, are required to be served upon the undersigned by November 23, 2022. Reply papers are required to be served by December 8, 2022. |

Dated: Hauppauge, New York
        October 24, 2022

Yours, etc.

**SIMMONS JANNACE DELUCA, LLP**

---

Defendant's motion is DENIED without prejudice to refiling on the reply date, Dec. 8, 2022. See ECF No. 64. Clerk of Court is directed to terminate the motion at ECF No. 68.

SO ORDERED:

Date: October 27, 2022
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE