**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
NANCY REYNA et al.,

                Plaintiffs,         20 **CIVIL** 1233 (NSR)

    -against-                   **JUDGMENT**

TARGET CORPORATION,.

                Defendant.
-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 3, 2024, Defendant's motion for summary judgment is GRANTED. Judgment entered in favor of Defendant, and the case is closed.

**Dated:** New York, New York
       April 4, 2024

                                             **RUBY J. KRAJICK**
                                             **Clerk of Court**

                **BY:** _____
                                             **Deputy Clerk**